| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| MARTIN REBOLLOSO, SR., | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:11-CV-119 |
| | § | |
| LEONARD ESCHESSA, | § | |
| | § | |
| Defendant. | § | |

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Martin Reobolloso, Sr., proceeding *pro se*, filed the above-styled lawsuit. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit. If plaintiff wishes to have this case reinstated on the court's active docket,

he may do so by providing the court with a correct address within 90 days of the date set forth below.

SIGNED at Beaumont, Texas, this 21st day of July, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE